# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

VS.

RICHARD RYAN SPEELMAN



RECEIVED
JUL 2 3 2015
U.S. Marshals Service, EDNC

**WARRANT FOR ARREST**

CRIMINAL CASE: 7:15-CR-69-FL(1)

To: The United States Marshal  and any Authorized United States Officer.  YOU ARE HEREBY COMMANDED to arrest

**RICHARD RYAN SPEELMAN**  and  he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Counts 1 - 10 - 18 U.S.C. § 2252(a)(2): Receipt of Child Pornography
Count 11 - 18 U.S.C. § 2252(a)(4)(B): Possession of Child Pornography

| | |
|---|---|
| _____Julie Richards Johnston_____ <br> Name of Issuing Officer | Clerk of Court <br> Title of Issuing Officer |
| *signature* <br> Signature of Issuing Officer by Deputy Clerk | July 28, 2015 - WILMINGTON, NORTH CAROLINA <br> Date and Location |

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

Jacksonville, NC

| | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE RECEIVED 7/28/15 | | Samantha Tanner |
| DATE OF ARREST 8/5/15 | Jason Oakes, FBI | USMS E/NC |

FILED

AUG 0 7 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK