UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00069-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICHARD RYAN SPEELMAN | ) | |

For good cause shown, the motion to seal Docket Entry 30 is ALLOWED. It is hereby ORDERED that the Motion to Continue shall be sealed.

This the 27 day of January, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge