UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00069-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| RICHARD RYAN SPEELMAN | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 35 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 22 day of March, 2016.

_____
The Honorable Robert B. Jones, Jr.
UNITED STATES MAGISTRATE JUDGE